**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**BEVERLY LUZ COLEMAN**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Judd A. Gilefsky, Esq. (SBN 198694)
judd.gilefsky@lewisbrisbois.com
Scott D. Sharp, Esq. (SBN 334782)
scott.sharp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071

Attorney for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BEVERLY LUZ COLEMAN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: 5:22-cv-01527-JLS-PVC<br><br>Magistrate Judge: Stephanie S. Christensen<br><br>**JOINT NOTICE OF SETTLEMENT** |

149624892.1    1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, BEVERLY LUZ COLEMAN, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: December 5, 2024,        QUILL & ARROW LLP

By /s/ Kevin Y. Jacobson
Kevin Y. Jacobson, Esq.
Attorney for Plaintiff,
BEVERLY LUZ COLEMAN

Dated: December 5, 2024,        MORTENSON TAGGART ADAMS LLP

By: /s/
Judd A. Gilefsky, Esq.
Scott D. Sharp, Esq.
Attorneys for Defendant,
NISSAN NORTH AMERICA, INC.

149624892.1   2

JOINT NOTICE OF SETTLEMENT