1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY LUZ COLEMAN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants, | Case No.: 5:22-cv-01527-SSC<br><br>*Assigned Magistrate Judge: Stephanie S. Christensen*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 21, 2025        By:_____
                                 Hon. Stephanie S. Christensen
                                 United States Magistrate Judge